JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Braylon Dashawn Willis, <br><br> Plaintiff, <br> v. <br> City of Fullerton et al, <br><br> Defendant(s). | SACV 23-01334-JVS(DFMx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 30 days, to reopen the action if settlement is not consummated.

DATED: September 29, 2023

_____
James V. Selna
U.S. District Judge